AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Eric Wilkins et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 23-cv-04072 |
| City of Chicago et al. ) | |
| *Defendant* ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Keeper of Records, Illinois State Police, 9511 W. Harrison St., Des Plaines, IL 60016

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All data that the Illinois State Police have collected pursuant to the Illinois Traffic and Pedestrian Stop Statistical Study Act for the period 2015-present. Please produce the data in .csv or Excel format.

| Place: Roger Baldwin Foundation of ACLU, Inc., 150 N. Michigan Ave., Suite 600, Chicago, IL 60610 | Date and Time: 01/22/2024 9:18 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/21/2023

*CLERK OF COURT*

OR

_____  /s/ Alexandra K. Block
*Signature of Clerk or Deputy Clerk*     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs Eric Wilkins et al. , who issues or requests this subpoena, are:
Alexandra K. Block, 150 N. Michigan #600, Chicago IL 60610; (312) 201-9740 ext. 340; ablock@aclu-il.org

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or a Trial in a Civil Action (Page 2)

Civil Action No. 23-cv-04072

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Keeper of Records, Illinois State Police
on *(date)* December 29, 2023

☑ I served the subpoena by delivering a copy to the named person as follows: I left the subpoena with L. Jerocki - Authorized Person, at 9511 Harrison St , Des Plaines, IL 60016-1563 on *(date)* 12/29/2023 12:05 PM ;or

☐ I returned the summons unexecuted because; _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for ones day's attendance, and the mileage allowed by law, in the amount of

$.00

My fees are $ .00 for travel and $ for services, for a total of $

I declare under penalty of perjury that this information is true.

Date: 1-6-24

_____
Server's signature

John Sanner
*Printed name and title*

Contracted by
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303
*Server's Address*

Additional information regarding attempted service, etc.:

368607

AO88-368607