UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Eric Wilkins, et al.
                          Plaintiff,

v.                                              Case No.: 1:23−cv−04072
                                                               Honorable Mary M. Rowland

City of Chicago, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 7, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: Hearing held on Plaintiffs' second motion to compel ESI [72]. The Court ruled as follows: the court adopts the City's proposed custodians except enlarges it to include the leadership personnel for the Traffic Unit and the personnel involved in the traffic stops of the incidents alleged in the Amended Complaint. Defendants are to provide a list of custodians including the traffic unit to Plaintiffs by 8/30/24. The Court adopts the defendants ESI sources [77] at 7, in addition the City agreed to search the shared drives of all the Units being searched, including the Mayor's office, command staff, Patrol Chief, summer mobile unit and community safety team. The Court denies the motion as to personal devices for mayors and deputy mayors. The Court incorporates the terms proposed by the Plaintiffs (In addition to those proposed by the City) except for the term "traffic". Plaintiffs' terms are to be coupled with "traffic stop" to limit the number of hits. Defendants are ordered to run search terms as modified and produce the number of hits to Plaintiffs by 9/20/24. ESI data for above rank commander will begin from 10/1/2015 and ESI data from everyone below commander will begin from 1/1/2016. Parties are to file a status report by 9/27/24. Status hearing set for 10/9/24 at 9:00am. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.