IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC WILKINS, MAHARI BELL, ESSENCE JEFFERSON, JOSE MANUEL ALMANZA, JR., AND JACQUEZ BEASLEY,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO,<br><br>        Defendant. | Case No. 23-cv-04072<br><br>Hon. Mary M. Rowland |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiffs, through their attorneys, respectfully request that this Court grant leave to withdraw the appearance of Joshua M. Levin as counsel. In support of this Motion, plaintiffs state as follows:

1. Mr. Levin entered his appearance on behalf of Plaintiffs on June 26, 2023 (Dkt. 4).

2. As of August 16, 2024, Mr. Levin will no longer be employed by the Roger Baldwin Foundation of ACLU, Inc.

3. Plaintiffs will continue to be represented by attorneys from the Roger Baldwin Foundation of ACLU, Inc. and Arnold & Porter Kaye Scholer, LLP.

WHEREFORE, the undersigned respectfully requests that the appearance of Mr. Levin as counsel of record be withdrawn and that he be removed from the Electronic Case Filing Service List.

DATED: August 16, 2024      Respectfully submitted,

/s/ Joshua M. Levin
*One of Plaintiffs' Attorneys*

Alexandra K. Block
Joshua M. Levin
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
Phone: (312) 201-9740
ABlock@aclu-il.org
JLevin@aclu-il.org