# Exhibit 1

 Outlook

## Wilkins v. Chicago - 23-cv-4072 - Plaintiffs' Notices of Deposition

**From** Joe DiCola <JDiCola@aclu-il.org>
**Date** Thu 7/3/2025 9:41 AM
**To** Michael P. <msheehan@taftlaw.com>; Joan E. <JAhn@taftlaw.com>; Elizabeth <EWinkowski@taftlaw.com>; Sara <SSchroeder@taftlaw.com>; T. Hudson IV <HCross@taftlaw.com>; aslagel@taftlaw.com <aslagel@taftlaw.com>; Barton <bobrien@taftlaw.com>
**Cc** Alexandra Block <ABlock@aclu-il.org>; Sam Spain <sam.spain@aclu-il.org>; Freedman, John A. <john.freedman@arnoldporter.com>; Davis, Joshua M. <joshua.davis@arnoldporter.com>; Sheldon Solow <shel.solow@gmail.com>; Dorner, Emily <emily.dorner@arnoldporter.com>; Skaroff, Mikaila <mikaila.skaroff@arnoldporter.com>; Andrew <Andrew.Hannemann@arnoldporter.com>; Raymond, Daniel <daniel.raymond@arnoldporter.com>; Maya.Kouassi@arnoldporter.com <Maya.Kouassi@arnoldporter.com>; Wingfield, Julia <julia.wingfield@arnoldporter.com>

📎 2 attachments (5 MB)
2025-07-03 Wilkins Letter to Defendants re Deposition Scheduling.pdf; Wilkins - Pls' NODs (07.02.2025).zip;

Dear Counsel,

Please see the attached.

Best,
Joe


Joseph P. DiCola
Staff Attorney, Criminal Legal System and Policing Project
Roger Baldwin Foundation of ACLU, Inc.
Pronouns: he/him
150 N Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740 ext. 315
jdicola@aclu-il.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by replying to the email that this message has been inadvertently transmitted to you and delete this email from your system.*