IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC WILKINS, MAHARI BELL, ESSENCE JEFFERSON, JOSE MANUEL ALMANZA, JR., AND JACQUEZ BEASLEY, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO <br><br> Defendant. | Case No. 23-cv-4072 <br><br> Hon. Mary M. Rowland |

## JOINT STATUS REPORT

Pursuant to the Court's order of December 3, 2025 (Dkt. No. 196), Plaintiffs Eric Wilkins, Mahari Bell, Essence Jefferson, José Manuel Almanza, Jr., and Jacquez Beasley (collectively, "Plaintiffs") and Defendant City of Chicago ("City") have conferred and jointly submit the following joint status report.

The City provided Plaintiffs with proposed Stipulations for former Mayors Rahm Emanuel and Lori Lightfoot, former Deputy Chiefs of Staff Janey Rountree and Walter Katz, and former Deputy Mayor Susan Lee on December 3, 2025, in accordance with the Court's Order (Dkt. No. 184). On December 9, 2025, Plaintiffs provided the City with a marked-up version of the proposed Stipulation for former Mayor Lightfoot. Plaintiffs advised the City that if their proposed changes are acceptable to the City, they can make conforming edits to the other stipulations or incorporate them into a single document.

1

196565486v3

The parties agree that the City shall provide a written response to Plaintiffs' revised draft of the Stipulation on or before December 17, 2025, and Plaintiffs will provide comments to one of the draft Stipulations for the Deputies from the Mayor's office by December 17, 2025. The parties will meet and confer regarding the revised Stipulations on or before December 23, 2025. The parties will provide an updated status report on or before December 29, 2025.

Dated: December 10, 2025          Respectfully Submitted,

/s/ Alexandra K. Block

*Counsel for Plaintiffs*
Alexandra K. Block (ARDC # 6285766)
Joseph P. DiCola (ARDC # 6329608)
Hirsh Joshi (ARDC # 1137655)
Roger Baldwin Foundation of ACLU, Inc.
150 N. Michigan, Suite 600
Chicago, IL 60601
Phone: (312) 201-9740
Fax: (312) 201-9760
ablock@aclu-il.org
jdicola@aclu-il.org
hjoshi@aclu-il.org

Daniel M. Meyers (ARDC #6299509)
Daniel E. Raymond (ARDC # 6313789)
Emily Dorner (ARDC # 6318489)
Nicholas Zebrowski (*pro hac vice*)
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Phone: (312) 583-2300
Fax: (312) 583-2360
daniel.meyers@arnoldporter.com daniel.raymond@arnoldporter.co
nicholas.zebrowski@arnoldporter.com

John A. Freedman (*pro hac vice*)
Julia Wingfield (*pro hac vice*)
Stacey Menjivar (*pro hac vice*)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743

196565486v3

Phone: (202) 942-5000
Fax: (202) 942-5999
john.freedman@arnoldporter.com
julia.wingfield@arnoldporter.com
stacey.menjivar@arnoldporter.com

Andrew Hannemann (*pro hac vice*)
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 941110-4024
Phone: (415) 471-3100
Fax: (415) 471-3400
andrew.hannemann@arnoldporter.com

Mikaila O. Skaroff (*pro hac vice*)
Arnold & Porter Kaye Scholer LLP
1144 Fifteenth Street, Suite 3100
Denver, CO 80202-2848
Phone: (303) 863-1000
Fax: (303) 863-2301
mikaila.skaroff@arnoldporter.com

Maya A. Kouassi (*pro hac vice*)
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-76
Phone: (212) 836-7964
maya.kouassi@arnoldporter.com

Sheldon Solow (ARDC # 2673061)
shel.solow@gmail.com


/s/ Michael P. Sheehan
***Counsel for Defendant***
Michael P. Sheehan
Allan T. Slagel
Barton J. O'Brien
Elizabeth A. Winkowski
Sara J. Schroeder
Joan E. Ahn
TAFT STETTINIUS AND HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011

3

196565486v3

Email:
msheehan@taftlaw.com
aslagel@taftlaw.com
bobrien@taftlaw.com
ewinkowski@taftlaw.com
sschroeder@taftlaw.com
jahn@taftlaw.com

196565486v3