**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ERIC WILKINS, MAHARI BELL, ESSENCE JEFFERSON, JOSE MANUEL ALMANZA, JR., AND JACQUEZ BEASLEY, | ) | |
| Plaintiffs, | ) | Case No. 23-cv-4072 |
| v. | ) | Hon. Mary M. Rowland |
| CITY OF CHICAGO, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL DEVELOPMENT AND SUGGESTION THAT CITY'S MOTION TO QUASH DEPOSITION OF SUPERINTENDENT SNELLING (Dkt. No. 203) IS MOOT**

Plaintiffs Eric Wilkins, Mahari Bell, Essence Jefferson, José Manuel Alamanza, Jr., and Jacquez Beasley (collectively "Plaintiffs"), by and through the undersigned counsel, hereby notify the Court that Chicago Police Department Superintendent Larry Snelling has announced his retirement, effective July 15, 2026. *See* Michelle Gallardo and Craig Wall, "Chicago Police Department Superintendent Larry Snelling announces retirement," ABC7 (July 2, 2026).

In light of Superintendent Snelling's imminent retirement, Plaintiffs respectfully suggest that the City of Chicago's Motion for Protective Order to Quash Deposition of Superintendent Snelling (Dkt. No. 203) ("Motion to Quash"), which largely relied on the so-called "apex doctrine" to oppose Superintendent Snelling's deposition, is moot. After July 15, Superintendent Snelling will become a former CPD Superintendent, in the same position as the seven former Superintendents (permanent and interim) whom Plaintiffs already have deposed in this case.

On July 2, 2026, Plaintiffs asked the City to withdraw its Motion to Quash, or alternatively, to inform the Court of the relevance of Superintendent Snelling's retirement to the pending motion. *See* Ex. 1 (H. Joshi letter to City). To date, the City has not substantively responded. Accordingly, Plaintiffs respectfully request that the Court deny the City's Motion to Quash as moot or, alternatively, instruct the City to file a brief explaining why its Motion to Quash is not moot.

Dated: July 14, 2026

Respectfully Submitted,

By*: /s/ Alexandra K. Block*

Daniel M. Meyers (ARDC # 6299509)
Daniel Raymond (ARDC #6313789)
Emily Dorner (ARDC # 6318489)
Nicholas Zebrowski (ARDC # 6344386)
Jonathan Decker (ARDC # 6352932*)*
Pilar Martinez (ARDC #6355405)
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Phone: (312) 583-2300
Fax: (312) 583-2360

John A. Freedman (*pro hac vice*)
Stacey Menjivar (*pro hac vice*)
Julia Wingfield (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Phone: (202) 942-5000

Sheldon Solow (ARDC# 2673061)
shel.solow@gmail.com

Alexandra K. Block (ARDC # 6285766)
Joseph P. DiCola (ARDC # 6329608)
Hirsh M. Joshi (ARDC # 1137655)
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
Phone: (312) 201-9740
Fax: (312) 201-9760
ABlock@aclu-il.org
JDiCola@aclu-il.org
HJoshi@aclu-il.org

Andrew Hannemann (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Phone: (415) 471-3100
Fax: (415) 471-3400

Mikaila O. Skaroff (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
1144 Fifteenth Street, Suite 3100
Denver, CO 80202-2848
Phone: (303) 863-1000
Fax: (303) 863-2301

Maya A. Kouassi (*pro hac vice)*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
Phone: (212) 836-7964